**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-00764-LTB

SHERRI MORIN,

      Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC., and
MICHAEL V. SHOOP,

      Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 6 - filed March 5, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:


        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   March 6, 2012